**Order entered January 6, 2023**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00995-CR
No. 05-20-00996-CR
No. 05-20-00997-CR
No. 05-20-00998-CR
No. 05-20-01009-CR
No. 05-20-01010-CR
No. 05-20-01011-CR
No. 05-20-01014-CR
No. 05-20-01015-CR
No. 05-20-01016-CR
No. 05-20-01026-CR
No. 05-20-01027-CR
No. 05-20-01028-CR
No. 05-20-01029-CR
No. 05-20-01030-CR
No. 05-20-01031-CR

**Bobby Carl Jessie, Appellant**

**V.**

**The State of Texas, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-2020660-M**

**ORDER**

The State's Second Motion for Extension of Time to File Brief is **GRANTED**, and its brief, received on January 5, 2023, is **ORDERED** filed as of the date of this order.

/s/    CORY L. CARLYLE
           JUSTICE